PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| JAMIE L. BAKER,<br>    Plaintiff,<br>v.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:24-cv-02372-SCR<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT;** [PROPOSED] **ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) with instructions to reevaluate Plaintiff's subjective complaints; reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation process and obtain vocational expert testimony, if warranted; take action to further develop the record, as necessary; offer Plaintiff the opportunity for a hearing; and issue a new decision.

STIPULATION TO REMAND; 2:24-cv-02372-SCR

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                          Respectfully submitted,

DATE: November 7, 2024        /s/ John David Metsker*
                                          JOHN DAVID METSKER
                                          Attorney for Plaintiff
                                          *Authorized via e-mail on November 7, 2024

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation, Office 7

DATE: November 7, 2024        By: /s/ *Justin L. Martin*
                                          JUSTIN L. MARTIN
                                          Special Assistant United States Attorney
                                          Office of Program Litigation, Office 7

                                          Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

DATED: November 8, 2024                                _____
                                          HON. SEAN C. RIORDAN
                                          UNITED STATES MAGISTRATE JUDGE